Krista J. Nielson, Esq.
Nevada Bar No. 10698
Kevin S. Soderstrom, Esq.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
(702) 258-8200
Attorneys for Plaintiff/Counterdefendant
The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-16CB Mortgage Pass-Through Certificates, Series 2007-16CB

TB #24-70665

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-16CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-16CB, <br><br> Plaintiff, <br><br> vs. <br><br> FRANCK LE BOUTEILLER, an individual; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-00463-GMN-EJY <br><br> (Eighth Judicial District Court Case No. A-24-887183-C) |

### STIPULATION AND ORDER FOR WITHDRAWAL OF ANSWER AND COUNTERCLAIM AND TO REMAND CASE TO STATE COURT

It is hereby Stipulated and Agreed, by and between Plaintiff/Counterdefendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-16CB Mortgage Pass-Through Certificates, Series 2007-16CB ("Plaintiff") and Defendant/Counterclaimant Franck Le Bouteiller ("Defendant"), that the Answer, Affirmative Defenses and Counterclaim filed by Defendant in the above-entitled

- 1 -

Court on March 15, 2024 (ECF No. 5) shall be withdrawn without prejudice to Defendant refiling an answer and counterclaim in this action.

It is further Stipulated and Agreed that this action, which commenced with the filing of a Complaint by Plaintiff on February 14, 2024 in the Eighth Judicial District Court of the State of Nevada, case no. A-24-887183-C, shall be remanded to the Eighth Judicial District Court of the State of Nevada.

DATED this 28th day of March, 2024.

TIFFANY & BOSCO, P.A.

*/s/ Kevin Soderstrom*
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Attorneys for Plaintiff/Counterdefendant

JAMES S. KENT, LTD.

*/s/ James S. Kent*
JAMES S. KENT, ESQ.
Nevada Bar No. 5034
9480 S. Eastern Ave., Ste. 228
Las Vegas, NV 89123
Attorney for Defendant/Counterclaimant

Submitted by:

TIFFANY & BOSCO, P.A.

*/s/ Kevin Soderstrom*
KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Attorneys for Plaintiff/Counterdefendant

IT IS SO ORDERED.

Dated this 28 day of March, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

    I hereby certify and declare under penalty of perjury that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

                                        */s/ Stacey L. Grata*
                                        An employee of Tiffany & Bosco, P.A.